Same case below, 423 Fed. Appx. 520.

**No. 11-5849. Corey Louis Hines, Petitioner v. United States.**

565 U.S. 923, 132 S. Ct. 352, 181 L. Ed. 2d 222, 2011 U.S. LEXIS 6991.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 407 Fed. Appx. 975.

**No. 11-5851. David Hill, Petitioner v. United States.**

565 U.S. 923, 132 S. Ct. 352, 181 L. Ed. 2d 222, 2011 U.S. LEXIS 7063.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 418 Fed. Appx. 217.

**No. 11-5852. Faith Hope Hamilton, Petitioner v. United States.**

565 U.S. 923, 132 S. Ct. 352, 181 L. Ed. 2d 222, 2011 U.S. LEXIS 7089,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 416 Fed. Appx. 687.

**No. 11-5853. Samuel Freeman, Petitioner v. United States.**

565 U.S. 923, 132 S. Ct. 352, 181 L. Ed. 2d 222, 2011 U.S. LEXIS 6913.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 405 Fed. Appx. 584.

**No. 11-5854. Tony German, Petitioner v. United States.**

565 U.S. 923, 132 S. Ct. 352, 181 L. Ed. 2d 222, 2011 U.S. LEXIS 6989.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 431 Fed. Appx. 248.

**No. 11-5855. Pamela Yvette Hoffler-Riddick, Petitioner v. United States.**

565 U.S. 923, 132 S. Ct. 352, 181 L. Ed. 2d 222, 2011 U.S. LEXIS 7057.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 407 Fed. Appx. 651.

**No. 11-5857. Bryant Keith Bethea, Petitioner v. United States.**

565 U.S. 923, 132 S. Ct. 353, 181 L. Ed. 2d 222, 2011 U.S. LEXIS 6926.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 429 Fed. Appx. 296.

**No. 11-5864. Shon Williams, Petitioner v. United States.**

565 U.S. 923, 132 S. Ct. 353, 181 L. Ed. 2d 222, 2011 U.S. LEXIS 6885.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 429 Fed. Appx. 336.